THE PEOPLE ex rel. THE FEMALE ACADEMY OF THE SACRED HEART, Respondents, *v.* THE COMMISSIONERS OF TAXES AND ASSESSMENTS FOR THE CITY AND COUNTY OF NEW YORK, Appellants.

(Argued March 28, 1876 ; decided April 4, 1876.)

REPORTED below, 6 Hun, 109.

*Hugh L. Cole* for the appellants.

*Charles E. Miller* for the respondents.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.